UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 02066
   ROSALBA F CECILIANO
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-4521
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/20/04 and confirmed on 04/06/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 37600.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 28040.44 | .00 | 28040.44 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 3200.00 | 1812.03 | 3200.00 |
| ELGIN COMMUNITY COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 31240.44 | .00 | .00 | .00 | 31240.44 |
| PRINCIPAL PAID | 31240.44 | .00 | .00 | .00 | 31240.44 |
| INTEREST PAID | 1812.03 | .00 | .00 | .00 | 1812.03 |
| TOTAL PAID | 33052.47 | .00 | .00 | .00 | 33052.47 |

The Debtor's attorney, RICHARD E SEXNER          , was allowed $   2200.00 and was paid $    406.00  direct and $   1794.00  through the plan.

The Trustee received $   1493.58 .

Refunds to the Debtor totaled $   1259.95 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/07/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 04 B 02066 ROSALBA F CECILIANO
```